IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case: **2:23-cv-00979-RJC** |
| U LOCK INC., | |
| Debtor. | |
| CHRISTINE BIROS, | |
| Movant, | |
| v. | |
| SHANNI SNYDER, | |
| Respondent. | |

## NOTICE OF APPEAL

AND NOW COMES Shanni Snyder ("Snyder") who notifies the Court and the parties that she intends to, and hereby does, appeal from the Orders dated March 5, 2024 (Entry 8) and April 3, 2024 (Entry 11) to the United States Court of Appeals for the Third Circuit.

Respectfully Submitted,

/s/ Shanni Snyder
Shanni Snyder
14390 Route 30
Irwin PA  15642
shannis@pm.me

**APPELLANT**