**LAW OFFICES**
# MAHADY & MAHADY
223 S. MAPLE AVENUE
GREENSBURG, PENNSYLVANIA 15601

1308 LIGONIER STREET
LATROBE, PENNSYLVANIA 15650

SUITE 5 - JACKTOWN PROFESSIONAL BUILDING
11343 ROUTE 30
N. HUNTINGDON, PA 15642

PATRICK H. MAHADY
ROBERT H. SLONE
GEORGE A. BUTLER
SUZANNE J. MAHADY

REGIS F. MAHADY (1933-1973)
HON. PAUL W. MAHADY (1933-1973)
HENRY J. MAHADY (1945-1989)
THOMAS R. MAHADY (1948-1971)

GREENSBURG - 724/834-2990
LATROBE - 724/537-7761
N. HUNTINGDON - 724/863-0628
FAX - 834-1250
e-mail - mahady@pulsenet.com



*Please reply to:*    GREENSBURG OFFICE    January 7, 2025

Patricia S Dodszuweit, Clerk
U.S. Court of Appeals for the Third Circuit
Attn: Stephanie
21400 U.S. Courthouse
601 Market Street
Philadelphia PA 19106

          Re:    U Lock Inc.
          Case No. 24-3134

Dear Ms. Dodszuweit:

    I am the Chapter 7 Trustee for U Lock Inc., appointed by the U.S. Bankruptcy Court for the Western District of Pennsylvania in Bankruptcy Case 22-20823-GLT on June 22, 2022. I am also the only person whom that court has authorized to act as counsel for the Debtor in the U Lock Inc. bankruptcy case. I have reviewed your letter of January 7, 2025 (Document 10) to John Allen Roth, requesting that he enter his appearance on behalf of U Lock Inc. in the above case.

    Please be advised that I have not directed or authorized Mr., Roth or anyone else to enter an appearance or otherwise participate in this case on behalf of U Lock Inc.

    Moreover, I have not direct or authorized Mr. Roth or anyone else to enter an appearance or otherwise participate on behalf of U Lock in any of the matters pending before your Court at Case Nos. 23-2293, 24-1163, 24-1202, and 24-1842. I understand that Mr. Roth's capacity to file and pursue an appeal purportedly on behalf of U Lock has been briefed to your Court in Case No. 23-2293.

    Thank you for your attention.

                          Very truly yours,

                          MAHADY & MAHADY

                          Robert H. Slone

RHS:jap

**LAW OFFICES**
**MAHADY & MAHADY**
223 S. MAPLE AVENUE
GREENSBURG, PENNSYLVANIA 15601

1308 LIGONIER STREET
LATROBE, PENNSYLVANIA 15650

SUITE 5 - JACKTOWN PROFESSIONAL BUILDING
11343 ROUTE 30
NORTH HUNTINGDON, PA 15642

PITTSBURGH PA  150

7 JAN 2025  PM 1 L



Patricia S Dodszuweit, Clerk
U.S. Court of Appeals for the Third Circuit
Attn: Stephanie
21400 U.S. Courthouse
601 Market Street
Philadelphia PA 19106

19106-179099