UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-1842
_____

In re: U LOCK, INC.,
    Debtor

SHANNI SNYDER,
    Appellant

v.

CHRISTINE BIROS
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(W.D. Pa. Civ. No. 2:23-cv-00979)
District Judge: Honorable Robert J. Colville
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
September 25, 2025

Before: BIBAS, FREEMAN, and NYGAARD, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on September 25, 2025. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the appeal is dismissed. Costs taxed against the Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 30, 2025